# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| STEPHEN R. PORTER, PH.D. <br><br> *Plaintiff(s)* <br> v. <br><br> BOARD OF TRUSTEES OF NORTH CAROLINA STATE UNIVERSITY, et al. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* W. RANDOLPH WOODSON
c/o Office of General Counsel
North Carolina State University
20 Watauga Club Drive, 304 Holladay Hall
Campus Box 7008
Raleigh, North Carolina 27695-700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Samantha K. Harris, Esq.
Allen Harris Law
P.O. Box 673
Narberth, PA 19072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*