FILED: July 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1712
(5:21-cv-00365-BO)

_____

STEPHEN R. PORTER, PH.D.

      Plaintiff - Appellant

v.

BOARD OF TRUSTEES OF NORTH CAROLINA STATE UNIVERSITY; W. RANDOLPH WOODSON, in his official capacity; MARY ANN DANOWITZ, in both her official and individual capacities; JOHN K. LEE, in both his official and individual capacities; PENNY A. PASQUE, in both her official and individual capacities; JOY GASTON GAYLES, in both her official and individual capacities

      Defendants - Appellees

------------------------------

ELIZABETH WEISS; PACIFIC LEGAL FOUNDATION; FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

      Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK