# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2023

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re: Stephen R. Porter
           v. Board of Trustees of North Carolina State University, et al.
           No. 23-363
           (Your No. 22-1712)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2023 and placed on the docket October 5, 2023 as No. 23-363.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Redmond K. Barnes
                            Case Analyst